United States District Court Middle District
State of Florida

Richard Mobley,
Petitioner,

v.

State of Florida, et. al.
Respondent(s)

Case Number: 2015-CF-000477-A

PROVIDED TO HOLMES CI JAN 18 2023 FOR MAILING

## Notice of Removal

Comes now the Petitioner, Richard Mobley, in Propria Persona, Pursuant to Section 1455 of Title 28 of the United States Code, as made applicable by Rule 11 of the Federal Rules of Civil Procedure, hereby moves the State of Florida, and respectfully the Middle District Court, Seminole County, Florida, for a Removal. This Petition is Timely Filed.

1) This Petition respectfully seeks and deserves an expedited writ of Habeas Corpus Pursuant to Section 2241 of the Title 28 of the United States Code.

1.

## Basis For this Petition is as Follows:

The Factual and legally innocent Competent Living-Man: Richard Mabley (Body) is unconstitutionally restrained in Seminole County, Florida, and in the Middle District of Florida District, by the illegitimate misemployment of unenacted Statues, in the severest violation of the Privileges and Immunities, the Due Process and the Equal Protection clauses of the Federal Constitution.

Indeed there exist a patent absence of a valid charge of a crime under National or International law. A Copy of the void Information Papers are attached hereto and made a part of this complaint as if fully set forth herein.

A) The Body is, actually, and legally Innocent;

B) The void Information alleges unsupported violates relying on unenacted statutes to wit, Section 784.021( ) and 812.014 (2)(c)(6), Florida Statutes These Purports Fail to exibit legal evidence of Validity according to the Commands of 28 U.S.C. and 1738. These Pretended legislations Lack Full Faith and credit in the United States, They are not Eligible For Authentication by affixation of the Great Seal of the State of Florida;

C) The State wrongfully relies on these impotent Purports by asserting an intentional design dangerously inciting that some how the Force of Law exist in these Pretended legislations. thus they are of no legal effect.

D) The void writing are Absolutely naked of any legal evidence that tend to show that they are devices carrying the values of Full Faith.

2.

E) By the operation of 28 U.S.C. and Section 1738 this voidness, property shown herein, lack full faith and credit in the United States, and in this Court in particular is absolutely contrary to the Full Faith and Credit and the Supremacy Clauses.;

F) The lack of legal validity of these unenacted writings demonstrates that the indicted pretended legislations were never passed the constitutional assent.;

G) As a direct and proximate result of the State's acts and omissions the faux statutes lack the constitutional authority to enslave the body any further.;

H) Indeed the alleged statutes are constitutionally inapplicable to the body. They exhibit the nature of private corporate rules and not public acts as the constitution insists.

I) The body has not entered into any valid enforceable contract, agreement, or compact binding the body to the maritime or admiralty jurisdiction of the State of Florida or the United States.;

J) Respondents do not show that there exist any ownership interest in the body, the subject-matter of this action;

K) The record evidence is completely absent of a verified statement of interest containing and reflecting an interest in the body.;

L) The designated record of the state is completely absent to any document containing and reflecting legal evidence of probable cause.;

3.

M) The cancelled allegations are not erect upon an indictment nor by a sworn affidavit given by person's who can testify to the essential facts, witnessed by them.

N) The Actors of the States have coerced the body into slavery and are wrongfully threatning imprisonment by unconstitutionally relying on void statutes and lack of legal evidence of probable cause, in the severest violation of the Due Process and Equal Protection clauses of the Federal Constitutions.

2) This court has Jurisdiction over this matter.

3) The alleged claim against the body fail to charge a crime under national or international rule of law.

4) The State has failed to state a claim upon which relief can be granted.

### Conclusion

For all of the above reasons the trial court lack Jurisdiction over the body. This Court should grant the Authorized writ to avoid further irreparable harm.

### Declaration

I Declare that I have read the foregoing Petition and that the facts made therein are true and correct and complete. All Rights are expressly reserved. Executed this 18 day of Jan.

/s/ [signature]

4.

<u>Certificate of Service</u>

I Hereby Certify that a true and correct copy of the foregoing Petition For Removal was Furnished by First class mail to the office of the State Attorney at <u>Post Office Box 8006, 101 Eslinger way, Sanford Fl 32773</u> on the <u>18</u> day of <u>Jan.</u>

/s/ _Fredy Molee_

Petitioner RICHARD JERALD MOBLEY
CASE NO: 5022-1354 LT CASE NO 2015 CF 0422
A The Exhibits are in this order
↓

A.) AFFIDAVIT 5-5-22

B.) PETITION FOR WRIT OF HABEAS CORPUS ADSUBJCIEDUM

C.) untimely Denied May 18, 2022

D.) PETITION FOR WRIT OF CERTIORARI 6/2/22
Heabeas
C.) LAW OF FLORIDA chapTER 75-169 Does not have anything to do with the case at all.

/