UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD MOBLEY,

        Petitioner,

v.                                                   Case No: 6:23-cv-135-ACC-LHP

SECRETARY, DEPARTMENT OF
CORRECTIONS,

        Respondent.
_____/

## **ORDER**

This cause is before the Court on initial review of the Notice of Removal ("Petition," Doc. 1) filed by Petitioner. Petitioner initiated this case by filing the Petition, and he indicates that it is being brought under 28 U.S.C. § 2241. The Petition is not written on the § 2241 habeas corpus form required for use by *pro se* litigants.

Petitioner complains that he is being "unconstitutionally restrained in Seminole County, Florida." (Doc. 1 at 2). He asserts that the state court criminal charges pending against him are invalid and that he "actually and legally innocent." (*Id.*).

As currently written, the Petition fails to contain much of the information required in a petition for writ of habeas corpus. For example, the allegations are

vague and conclusory, the respondents in this case are not properly identified, the Court's jurisdiction is unclear, and the historical information concerning Petitioner's underlying state criminal proceedings has not been adequately provided.

If Petitioner chooses to file a petition for writ of habeas corpus, he must submit a fully completed petition for writ of habeas corpus form. If Petitioner desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Petitioner both the form for a petition for writ of habeas corpus (§ 2241 and § 2254) and the form for a motion for leave to proceed *in forma pauperis*. Petitioner should not place this case number on the form, as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Petitioner the opportunity to properly file a petition for writ of habeas corpus and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2023.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Unrepresented Party